UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
JODY E. GOWANS, :
:
Plaintiff, :
: 22-CV-9635 (JMF)
-v- :
: TRANSFER ORDER
:
UR MENDOZA JADDOU, :
:
Defendant. :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 20, 2022, Defendant filed a letter-motion arguing that venue is improper in this District and seeking either dismissal of the case, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, or transfer of the case to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1406(a).  *See* ECF No. 6.  In her response, Plaintiff does not challenge any of Defendant's substantive arguments and, effectively, consents to transfer.  *See* ECF No. 8 ("If the court rules it is just and fair to move the case to the District of Columbia than [sic] I accept the courts [sic] judgment.").

      Accordingly, the Court finds that it would be in the interest of justice to transfer this case to the United States District Court for the District of Columbia.  *See, e.g.*, *Burrows Paper Corp. v. R.G. Eng'g, Inc.*, 363 F. Supp. 2d 379, 387 (N.D.N.Y. 2005).  Thus, the case is hereby TRANSFERRED.  All pending deadlines are moot.  The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Columbia **immediately** and without regard to Local Rule 83.1; to terminate ECF No. 6; and to close the case.

      SO ORDERED.

Dated: December 28, 2022
      New York, New York
                                                      JESSE M. FURMAN
                                                     United States District Judge